UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

STANLEY A. SCHELL,            )
                              )
        Plaintiff,            )
                              )
    v.                        )   No. 1:13CV1 LMB
                              )
SAINTE GENEVIEVE COUNTY, MO., )
et al.,                       )
                              )
        Defendants.           )

## MEMORANDUM AND ORDER

This matter is before the Court for review of plaintiff's complaint pursuant to 28 U.S.C. § 1915A.  Under § 1915A, the Court is required to review the complaint and dismiss it if it is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief from a defendant who is immune to such relief.  After reviewing the complaint, the Court has determined that the complaint should not be dismissed at this time.  As a result, the Court will order defendants to reply to plaintiff's claims.  42 U.S.C. § 1997e(g)(2).

Accordingly,

**IT IS HEREBY ORDERED** that, pursuant to 42 U.S.C. § 1997e(g)(2), defendants shall reply to plaintiff's claims within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that this case is assigned to Track 5B: Prisoner Standard.

Dated this   3rd   day of January, 2013.

                                    _____
                                    LEWIS M. BLANTON
                                    UNITED STATES MAGISTRATE JUDGE