IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| STANLEY A. SCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:13-CV-00001-LMB |
| v. ) | |
| ) | |
| COUNTY OF SAINTE GENEVIEVE, ) | |
| MISSOURI, and GARY J. STOLZER, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE FOR DEFENDANTS
## COUNTY OF STE. GENEVIEVE, MISSOURI AND GARY J. STOLZER

D. Keith Henson and the law firm of Paule, Camazine & Blumenthal, P.C. hereby enter their appearance for Defendants County of Ste. Genevieve, Missouri and Gary J. Stolzer in the above-captioned case.

Respectfully submitted,

PAULE, CAMAZINE & BLUMENTHAL, P.C.
*A Professional Corporation*

By:/s/ D. Keith Henson
　D. Keith Henson, #31988MO
　165 North Meramec Ave., Suite 110
　St. Louis (Clayton), MO  63105-3772
　Telephone:  (314) 727-2266
　Facsimile:  (314) 727-2101
　khenson@pcblawfirm.com
　Attorney for Defendants

01364758.DOC/9652-101

## CERTIFICATE OF SERVICE

  The undersigned hereby states a true and correct copy of the foregoing was filed with the Clerk of the Court to be served by the operation of the Court's electronic filing system and sent via U. S. Mail this 28th day of February, 2013 to:

Anthony E. Rothert
Grant R. Doty
American Civil Liberties Union of Eastern Missouri
454 Whittier Street
St. Louis, MO  63108
Fax:  (314) 652-3112
tony@aclu-em.org and grant@aclu-em.org
Attorneys for Plaintiff

              /s/ D. Keith Henson