**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| Stanley A. Schell, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>County of Sainte Genevieve, Missouri, et al., )<br>)<br>Defendants. )<br>) | No. 1:13-cv-0001- LMB |

**JOINT MEMORANDUM TO COURT**

The parties hereby notify the Court that they have reached a settlement of all claims in this case.

The parties request through May 10, 2013, to file a joint stipulation for dismissal.

             Respectfully submitted,

             /s/ Grant R. Doty
             ANTHONY E. ROTHERT, #44827MO
             GRANT R. DOTY, #60788MO
             AMERICAN CIVIL LIBERTIES
               UNION OF EASTERN MISSOURI
             454 Whittier Street
             St. Louis, Missouri 63108
             Phone: 314/652-3114
             Fax: 314/652- 3112
             tony@alcu-em.org
             grant@alcu-em.org

             Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which delivered a copy to all counsel of record.

/s/ Grant R. Doty