IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| STANLEY A. SCHELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:13-CV-00001-LMB |
| COUNTY OF SAINTE GENEVIEVE, MISSOURI, and GARY J. STOLZER, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Stanley A. Schell, by and through counsel, and Defendants Gary J. Stolzer, individually and in his official capacity as Sheriff of Ste. Genevieve County, Missouri, and Ste. Genevieve County, Missouri, by and through counsel, hereby stipulate and agree that the above-captioned case is dismissed with prejudice with Plaintiff Stanley A. Schell to be responsible for and pay his own attorney fees and costs incurred in this case and Defendants Gary J. Stolzer and Ste. Genevieve County, Missouri to be responsible for and pay their own attorney fees and costs incurred in this case.

Respectfully submitted,

By: /s/ Anthony E. Rothert
Anthony E. Rothert, ##44827MO
Grant R. Doty, ##60788MO
AMERICAN CIVIL LIBERTIES UNION OF
EASTERN MISSOURI
454 Whittier Street
St. Louis, MO  63108
Telephone:  (314) 652-3114
Facsimile:  (314) 652-3112
tony@aclu-em.org
grant@aclu-em.org
Attorneys for Plaintiff

01384705.DOC/9652-101

                PAULE, CAMAZINE & BLUMENTHAL, P.C.
                 *A Professional Corporation*

By:/s/ D. Keith Henson
    D. Keith Henson, #31988MO
    165 North Meramec Ave., Suite 110
    St. Louis (Clayton), MO  63105-3772
    Telephone:  (314) 727-2266
    Facsimile:   (314) 727-2101
    khenson@pcblawfirm.com
    Attorney for Defendant

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 8, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which delivered a copy to all counsel of record.

                 /s/ Anthony E. Rothert